JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
410-966-1551
Julie.Cummings@SSA.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SALENA ELLEN YANEZ,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant.[1] | Case 2:24-cv-01416-BNW<br><br>STIPULATED MOTION FOR REMAND and [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Appeals Council will direct the ALJ to develop the record as necessary, to provide the claimant an opportunity to submit additional evidence in support of her claim, and to issue a new decision.

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED December 11, 2024.                Respectfully submitted,

                                          Law Offices of Lawrence D. Rohlfing, Inc., CPC

By:    s/ Marc V. Kalagian
        MARC V. KALAGIAN
        Attorney for Plaintiff
        (By email authorization)

JASON M. FRIERSON
United States Attorney

By:    s/ *Julie A.K. Cummings*
        JULIE A.K. CUMMINGS
        Special Assistant United States Attorney
        Office of Program Litigation, Office 7

Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

DATED: December 12, 2024